JENNIFER A. YOUNGS
North Carolina Bar No. 23925
Securities and Exchange Commission
100 F Street NE, Mail Stop 5631
Washington, D.C. 20549-5631
Telephone: (202) 551-6139
Email: YoungsJ@sec.gov
Attorney for Plaintiff Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>MARCOS TAMAYO,<br><br>Defendant/Respondent. | Case No.: 2:24CV1762 |

**APPLICATION FOR AN ORDER COMPELLING RESPONDENT TO SHOW CAUSE WHY A JUDGMENT SHOULD NOT BE ENTERED AGAINST HIM PURSUANT TO SECTION 21(e) OF THE SECURITIES EXCHANGE ACT OF 1934**

The Securities and Exchange Commission ("Commission" or "SEC"), respectfully submits this Application for an Order Compelling Respondent, Marcos Tamayo, to Show Cause Why a Judgment Should Not Be Entered Against Him Pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1)("Section 21(e)"). Filed herewith and in support thereof are the SEC's Memorandum in Support of this application and the Declaration of Jennifer A. Youngs.

Dated: September 19, 2024

          Respectfully submitted,

          */s/ Jennifer A. Youngs*
          Jennifer A. Youngs
          Attorney for Petitioner
          Securities and Exchange Commission

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I caused a true and correct copy of Plaintiff Securities and Exchange Commission's Application for Order to Show Cause through the Court's Electronic Court Filing System (CM/ECF System), which will automatically send an email notification of such filing to the parties of record, and via the indicated method to the following:

>
> Marcos Tamayo
> [redacted]
> Las Vegas, NV 89119
> Via UPS Overnight

>
> */s/ Jennifer A. Youngs*
> Jennifer A. Youngs
> Attorney for Plaintiff
> Securities and Exchange Commission