# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Securities and Exchange Commission,<br><br>   Plaintiff/Petitioner,<br><br>v.<br><br>Marcos Tamayo,<br><br>   Defendant/Respondent. | Case No. 2:24-cv-01762-JCM-DJA<br><br>**Order** |

The Court has a conflict in its calendar and so it vacates the hearing scheduled for March 4, 2025, at 10:00 AM, and reschedules it for March 11, 2025. This order does not modify any other deadlines contained in the Court's order scheduling the show cause hearing. (ECF No. 6).

**IT IS THEREFORE ORDERED** that the hearing scheduled for March 4, 2025, at 10:00 AM is **VACATED** and **RESCHEDULED** for March 11, 2025, at 10:00 AM in LV Courtroom 3A before the Honorable Magistrate Judge Daniel J. Albregts.

**IT IS FURTHER ORDERED** that Plaintiff must serve this order on Defendant and must file a proof of that service on the docket.

DATED: February 3, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE