# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　　Plaintiff/Petitioner,<br><br>v.<br><br>Marcos Tamayo,<br><br>　　　　　　Defendant/Respondent. | Case No. 2:24-cv-01762-JCM-DJA<br><br>**Order** |

Before the Court is Plaintiff Securities and Exchange Commission's ("SEC") response to the Court's order to show cause. (ECF No. 10). In it, the SEC requests that the Court vacate the hearing scheduled for March 11, 2025, and enter judgment. The SEC explains that Defendant Marcos Tamayo has not responded to the Court's order to show cause as required by the order. The Court declines to vacate the March 11, 2025, hearing to give Defendant one final opportunity to be heard.

**IT IS THEREFORE ORDERED** that the hearing scheduled for March 11, 2025, will **go forward as scheduled**.

**IT IS FURTHER ORDERED** that Plaintiff must serve this order on Defendant and must file a proof of that service on the docket.

DATED: February 19, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE