JENNIFER A. YOUNGS
North Carolina Bar No. 23925
Securities and Exchange Commission
100 F Street NE, Mail Stop 5631
Washington, D.C. 20549-5631
Telephone: (202) 551-6139
Email: YoungsJ@sec.gov
Attorney for Plaintiff Securities and Exchange Commission

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff/Petitioner,

v.

MARCOS TAMAYO,

    Defendant/Respondent.

Case No.: 2:24CV1762

**NOTICE OF DISMISSAL OF ACTION**

Pursuant to Rule 41 of the Federal Rules Civil Procedure, the Securities and Exchange Commission ("SEC") voluntarily dismisses the current action. In the process of fulfilling the Court's order requiring personal service of the Court's Order and Report and Recommendation, the SEC learned that Defendant died in October 2021. The information obtained by the SEC prior to the filing of this action did not reflect his death, as Defendant apparently was utilizing a name different than the legal name known to the SEC.

1

Respectfully submitted this, the 27th day of March, 2025.

            */s/ Jennifer A. Youngs*
            Jennifer A. Youngs
            Attorney for Petitioner
            Securities and Exchange Commission